**DOLLEY v. PRICE**

[355 N.C. 271 (2002)]

KATHERINE BYRD DOLLEY, PAUL H. DOLLEY, INDIVIDUALLY AND AS GUARDIANS OF NICHOLAS PAUL DOLLEY v. MARY FOWLER PRICE, STUART Y. BENSON, INDIVIDUALLY AND D/B/A STUART Y. BENSON & ASSOCIATES, RLS, AND KAY BAKER AND ASSOCIATES, INC.

No. 255A01

(Filed 7 March 2002)

Appeal by plaintiffs pursuant to N.C.G.S. § 7A-30(2) from an unpublished decision of a divided panel of the Court of Appeals, 143 N.C. App. 347, 547 S.E.2d 182 (2001), affirming summary judgment entered 6 May 1999 by Lanier, J., and summary judgment entered 5 October 1999 by Cobb, J., in Superior Court, New Hanover County. Heard in the Supreme Court 11 February 2002.

*Charles David Morison for plaintiff-appellants.*

*H. Kenneth Stephens, II, for defendant-appellee Kay Baker and Associates, Inc.; and Roy C. Bain, for defendant-appellee Mary Fowler Price.*

PER CURIAM.

AFFIRMED.